**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Chris Daniel**                                    **January 21, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-11-00283-CR | Terral Tawon Murray v The State of Texas | 1262906 |
|---|---|---|
|  | State's Exhibit 40, a VHS |  |


Received by: _____


Received on: _____